v.

**Porter J. GOSS, Director, Central Intelligence Agency, et al., Appellees.**

**No. 04–5415.**

United States Court of Appeals, District of Columbia Circuit.

Sept. 27, 2005.

Roy Walter Krieger, Mark Steven Zaid, Krieger & Zaid, PLLC, Washington, DC, for Appellants.

Thomas Mark Bondy, Mark B. Stern, U.S. Department of Justice, Civil Division, Washington, DC, for Appellees.

Before GINSBURG, Chief Judge, and BROWN and GRIFFITH, Circuit Judges.

## *JUDGMENT*

This case was considered on the record from the United States District Court for the District of Columbia and on the briefs and arguments of the parties. It is

ORDERED AND ADJUDGED that the orders of the district court be affirmed for the reasons stated in its memorandum order of September 16, 2004 and order of September 21, 2004.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.